CRAHAN, Presiding Judge, concurring.

I concur in Judge Crandall's opinion. I write separately to emphasize two points about our holding. First, the trial court's calculation of the cost of repair was not challenged on appeal. Therefore, our holding should not be read as endorsing or criticizing the manner in which the cost of repair was calculated. Second, the only "evidence" of diminution of value cited by the contractor on appeal was owner's alleged answer to an interrogatory that was never offered or admitted into evidence. In the absence of any evidence that the diminution of value, if any, was less than the cost of repair, the trial court did not err in using cost of repair as the measure of damages.

■

**Rico ELLIOTT, Movant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 67155.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 24, 1995.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Jason COLEMAN, Movant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 67588.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 24, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion

**188**

court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

firming the judgment pursuant to Rule 84.16(b).

**In re MARRIAGE OF Kathleen MILLS and Robert Mills.**

**Kathleen MILLS, Petitioner/Respondent/Cross–Appellant,**

v.

**Robert MILLS, Respondent/Appellant/Cross–Respondent.**

**Nos. 66899, 67107.**

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 24, 1995.

**Darren SMITH, Movant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

**No. 67621.**

Missouri Court of Appeals, Eastern District, Division One.

Oct. 24, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals the motion court's judgment denying Rule 24.035 post-conviction relief after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-

Susan M. Hais, Hais & Carmody, P.C., St. Louis, for Kathleen Mills.

Michael C. Walther, Walther & Roberts, Clayton, Rochelle A. Kaskowitz, St. Louis, for Robert Mills.

Before CRANE, C.J., SIMON, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Both parties appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo.1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for